FormCACB 101 (AO:12–13closedwodischarge) (10/05)

# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF CHAPTER 12 OR 13 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Liubov Parenago

**BANKRUPTCY NO.** 2:17–bk–21729–SK
**CHAPTER** 13

**SSN:** xxx–xx–8644
**EIN:** N/A

5280 Los Bonitos Way
Los Angeles, CA 90027

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor did not file Official Form 423, Certification About a Financial Management Course.

- ☐ Debtor did not certify that all domestic support obligations due have been paid.

- ☑ Debtor did not file a Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application for Entry of Discharge.

Dated: November 20, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–101 clsnodsc) rev. 12/2015

**87 / NV**